[No. 5079-0-II. Division Two. May 16, 1983.]

GORDON OVERBY, *Appellant,* v. JOHN HOLYK,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Clark
County, No. 65205, John N. Skimas and Thomas L. Lodge,
JJ., entered September 21, 1980. *Affirmed* by unpublished

opinion per Worswick, A.C.J., concurred in by Petrie and Reed, JJ.